IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DEBRA THURMAN ATLAS, INDIVIDUALLY
AND AS ADMINISTRATRIX OF THE ESTATE
OF WILLIAM ATLAS, DECEASED                                                PLAINTIFFS

V.                                                    CIVIL ACTION NO. 3:08cv37-HTW-LRA

CHRYSLER LLC                                                               DEFENDANT

**ORDER OF DISMISSAL**

This cause comes before the Court on the *ore tenus* joint motion of the Parties for dismissal of this action without prejudice. The Court is informed by the Parties that the existence of diversity jurisdiction over Defendant Chrysler LLC is very questionable and the Parties agree that the Circuit Court of Hinds County, Mississippi does have jurisdiction over the parties and regarding the subject matter of this action. After due consideration of the record, the positions of the parties, the applicable law and being otherwise fully advised in the premises, the Court finds that the motion is meritorious and should be granted. It is therefore,

ORDERED that the *ore tenus* joint motion of the Parties for dismissal of this action be, and is hereby, granted. It is further,

ORDERED that this action be, and is hereby, dismissed without prejudice with each party to bear her/its own costs.

SO ORDERED, this the 17th day of December, 2008.

                              s/ HENRY T. WINGATE
                              CHIEF UNITED STATES DISTRICT JUDGE

AGREED:

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR CHRYSLER LLC |
|---|---|
| BY:/s/Felicia Perkins | BY:/s/Lee Thaggard |
| Felecia Perkins, MSB 10078 | Lee Thaggard, MSB 9442 |
| Dated: December 12, 2008. | Dated: December 10, 2008 |